IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBIN TAKEMOTO, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TRACY A. ABRISCE; AND MAHINA ASUNCION, INDIVIDUALLY AND AS NEXT FRIEND OF MINOR CHILDREN, Z.P.A., Z.K.A.-A., Z.K.A.-A., <br><br>            Plaintiffs, <br><br>    vs. <br><br> UNITED STATES OF AMERICA, THE QUEEN'S MEDICAL CENTER, ELLIE COHEN, M.D., MELISSA ALSBERGAS, C.R.N.A., HAWAII RESIDENCY PROGRAMS, INC., <br><br>            Defendants. | Civ. No. 19-00257 JMS-RT <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT MELISSA ALSBERGAS, C.R.N.A.'S PETITION FOR GOOD FAITH SETTLEMENT, ECF NO. 179 |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMNEDATION TO GRANT DEFENDANT MELISSA ALSBERGAS, C.R.N.A.'S PETITION FOR GOOD FAITH SETTLEMENT, ECF NO. 179**

Findings and Recommendation having been filed and served on all parties on December 29, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the

"Findings and Recommendation to Grant Defendant Melissa Alsbergas, C.R.N.A.'s Petition for Good Faith Settlement" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, HI, January 21, 2021



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Takemoto v. United States*, Civ. No. 19-00257 JMS-RT, Order Adopting Magistrate Judge's Findings and Recommendation to Grant Defendant Melissa Asbergas, C.R.N.A.'s Petition for Good Faith Settlement, ECF No. 179.