IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBIN TAKEMOTO, INDIVDIUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TRACEY A. ABRISCE; AND MAHINA ASUNCION, INDIVIDUALLY AND AS NEXT FRIEND OF MINOR CHILDREN, Z.P.A., Z.K.A.-A., Z.K.A.-A., <br><br>                PlaintiffS, <br><br>       vs. <br><br> UNITED STATES OF AMERICA; THE QUEEN'S MEDICAL CENTER; ELLIE COHEN, M.D.; HAWAII RESIDENCY PROGRAMS, INC., <br><br>                Defendants. | CIV. NO. 19-00257 JMS-RT <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' PETITION FOR GOOD FAITH SETTLEMENT WITH DEFENDANT THE QUEEN'S MEDICAL CENTER |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' PETITION FOR GOOD FAITH SETTLEMENT WITH DEFENDANT THE QUEEN'S MEDICAL CENTER

Findings and Recommendation having been filed and served on all

parties on January 20, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title

28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings

and Recommendation to Grant Plaintiffs' Petition for Good Faith

Settlement with Defendant The Queen's Medical Center" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 9, 2022.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge