IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBIN TAKEMOTO, INDIVDIUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TRACEY A. ABRISCE; AND MAHINA ASUNCION, INDIVIDUALLY AND AS NEXT FRIEND OF MINOR CHILDREN, Z.P.A., Z.K.A.-A., Z.K.A.-A.,<br><br>        PlaintiffS,<br><br>vs.<br><br>UNITED STATES OF AMERICA; THE QUEEN'S MEDICAL CENTER; ELLIE COHEN, M.D.; HAWAII RESIDENCY PROGRAMS, INC.,<br><br>        Defendants. | CIV. NO. 19-00257 JMS-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT HAWAII RESIDENCY PROGRAMS, INC.'S PETITION FOR DETERMINATION THAT SETTLEMENT IS MADE IN GOOD FAITH UNDER HRS § 663-15.5 AND FOR OTHER RELIEF |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT HAWAII RESIDENCY PROGRAMS, INC.'S PETITION FOR DETERMINATION THAT SETTLEMENT IS MADE IN GOOD FAITH UNDER HRS § 663-15.5 AND FOR OTHER RELIEF**

Findings and Recommendation having been filed and served on all parties on January 20, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to grant Defendant Hawaii Residency Programs, Inc.'s Petition for determination that settlement is made in good faith under Hawaii

Revised Statute § 663-15.5 and for other relief are adopted as the opinion and order of this court.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, February 9, 2022.



    /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge